Taylor, Chief-Justice.
 

 —
 

 The Defendant, and those under whom he claims, have been in actual possession under a colour of title, of the land in controversy, from June, 1794, to October, 1819, a period of more than twenty-five years. David came of ago in 1803, and lived fourteen years afterwards. The statute therefore ran against him, and his heirs are consequently barred.
 

 John came of age in 1805, and lived two years, so that the statute began to run against him, and completed the bar against his heirs in 1812. Tiie statute had run out against Enoch in 1815, and against Elisha in
 
 181°-
 
 
 *338
 
 abutt si± mouths before the date of the declaration i'u ejectment. All the lessors have therefore lost their right of entry, and the. judgment must consequently be affirmed.
 

 IIaiu and Henjoekson, Judges, concurred.